# Court of Appeals
# of the State of Georgia

ATLANTA,   August 16, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2390.   PELMAN BLACKSHEAR, JR. v. CAVALRY PORTFOLIO SERVICES, INC.**

On May 3, 2012, Pelman Blackshear, Jr., filed a notice of appeal from the trial court's March 30, 2012, order granting summary judgment to Cavalry Portfolio Services, Inc.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, the notice of appeal was filed 34 days after the court's order was entered.  Accordingly, it is untimely, and this appeal is hereby DISMISSED.





*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/16/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*